1 So.2d 43

**Dick (alias Richard) FELTON v. STATE.**

**8 Div. 993.**

Court of Appeals of Alabama.

Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

3 So.2d 919

**Holley FILES v. STATE.**

**6 Div. 751.**

Court of Appeals of Alabama.

May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

8 So.2d 901

**James (alias Penny) FERGUSON v. STATE.**

**6 Div. 863.**

Court of Appeals of Alabama.

May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 924

**Willie FISHER v. STATE.**

**8 Div. 106.**

Court of Appeals of Alabama.

March 18, 1941.

Wm. Stell, of Russellville, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

3 So.2d 919

**Ralph FIELDER v. STATE.**

**7 Div. 625.**

Court of Appeals of Alabama.

June 17, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

8 So.2d 901

**Howard FISK, alias Fitts v. STATE.**

**8 Div. 177.**

Court of Appeals of Alabama.

May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.